UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor<br>                                          *Plaintiff*,<br><br>-against-<br><br>ADVANCED CARE STAFFING, LLC, and<br>SAM KLEIN,<br>                                          *Defendants*. | Civil Action No. 23-cv-2119<br><br>(ECF Case) |

**DISCLOSURE STATEMENT OF DEFENDANT
ADVANCED CARE STAFFING, LLC PURSUANT TO RULE 7.1 OF THE
FEDERAL RULES OF CIVIL PROCEDURE**

Defendant Advanced Care Staffing, LLC ("ACS"), by and through its undersigned counsel, hereby submits the following corporate disclosure statement for the purpose of compliance with Rule 7.1(a)(1) of the Federal Rules of Civil Procedure:

ACS is not owned by a parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
           March 22, 2023

DECHERT LLP

By: */s/ Nicolle L. Jacoby*
     Nicolle L. Jacoby
     David N. Kelley
     Three Bryant Park
     1095 Avenue of the Americas
     New York, NY 10036-6797
     Tel.: (212) 698-3500
     Fax: (212) 698-3599
     nicolle.jacoby@dechert.com
     david.kelley@dechert.com

     *Attorneys for Defendants Advanced Care
     Staffing, LLC, and Samuel Klein*