UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor<br>         *Plaintiff*,<br><br>-against-<br><br>ADVANCED CARE STAFFING, LLC, and<br>SAM KLEIN,<br><br>         *Defendants*. | Civil Action No. 1:23-cv-02119<br><br>(ECF Case)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that I, Christina H. Bost Seaton, a member of this Court in good standing, hereby enter my appearance as counsel of record on behalf of Defendants Advanced Care Staffing, LLC, and Samuel Klein, sued herein as "Sam Klein," in the above- captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.

Dated: New York, New York
   April 18, 2024

                PIERSON FERDINAND, LLP

                By: */s/ Christina H. Bost Seaton*
                   Christina H. Bost Seaton
                   1270 Avenue of the Americas
                   7th Floor – 1050
                   New York, NY 10020
                   Cell: (203) 887-4665
                   Office: (917) 765-8201

                   *Attorneys for Defendants*