UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor<br>*Plaintiff*,<br><br>-against-<br><br>ADVANCED CARE STAFFING, LLC, et al.,<br><br>*Defendants*. | No. 1:23-cv-02119-NRM-MMH<br><br>(ECF Case) |

**NOTICE OF WITHDRAWAL AND REQUEST TO SO-ORDER**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Nicolle L. Jacoby and Dechert LLP respectfully request to be withdrawn as counsel of record in this matter and request removal from service of any further pleadings in connection with it.  Defendants Advanced Care Staffing LLC, Priority Care Staffing, LLC, and Samuel Klein will continue to be ably represented by counsel of record.

**[Signature Page Follows]**

|  |  |  |
|---|---|---|
| Dated: | New York, New York<br>April 19, 2024 | DECHERT LLP |

By: */s/ Nicolle L. Jacoby*
Nicolle L. Jacoby
nicolle.jacoby@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Tel.:   (212) 698-3500
Fax:   (212) 698-3599

**SO ORDERED**

_____
The Honorable Nina R. Morrison
United States District Judge